UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RAM SING, | Case No. 3:18-cv-00406-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MINERAL COUNTY, | |
| Defendant. | |

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin (ECF No. 6), recommending that the Court dismiss this action with prejudice. To date, no objection has been filed. For that reason, and because the Court agrees with Judge Baldwin, the Court will adopt the R&R.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations."); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation").

While Plaintiff has not objected, the Court nevertheless conducts *de novo* review to determine whether to adopt Judge Baldwin's R&R. The Court granted Plaintiff's request to proceed *in forma pauperis*, and screened the Complaint, dismissing it with leave to amend for failure to state a colorable claim. (*See* ECF No. 4.) Judge Baldwin found that Plaintiff failed to file an amended complaint within 30 days of the screening order, despite

being adequately warned that failure to do so may result in a dismissal with prejudice. (ECF No. 6 at 1,3.) The Court agrees with Judge Baldwin.

It is therefore ordered that the Report and Recommendation of Magistrate Judge Carla L. Baldwin (ECF No. 6) is accepted and adopted in full.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 19th day of August 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE